IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

AUG 08 2005

ZACHARY WILLIAMS, #26892-037,
        Petitioner,

v.

CIVIL ACTION NO. CCB-00-3504

FREDERICK MENIFEE and THE
ATTORNEY GENERAL OF THE
STATE OF MARYLAND,
        Respondent.

NOTICE OF APPEAL FROM THE DENIAL F.R.CIV. PRO. 60(b)(6)

**COMES NOW** the Zachary Williams (hereinafter petitioner), filing as a pro se litigant. On July 27, 2005 the U.S. District Court denied the petitioner motion filed pursuant to Federal Rule of Civil Procedure 60(b)(6).

        Respectfully submitted,

        Zachary Williams
        Fed. Reg. No. 26892-037
        F.C.I. Otisville
        P.O. Box 1000
        Otisville, NY 10963

SCANNED

CERTIFICATE OF SERVICE

I, Zachary Williams, hereby certify that I have served a true and correct copy of the following:

Notice Of Appeal The Denial F.R.Civ. Pro 60(b)(6).

Which is deemed filed at time it was delivered to prison authorities for forwarding, <u>Houston v. Lack</u>, 101 L. Ed.2d 245 (1988), upon petitioner placing same in a sealed, postage, prepaid envelope addressed to:

| | |
|---|---|
| U.S.D.C. Clerk-3-Copies<br>101 W. Lombard St.<br>Balto., Md 21201 | The Attorney General of Md<br>200 St. Paul Street<br>Balto., Md. 21202 |

and deposited same in the United States Postal Mail at Federal Correctional Institution located at Otisville, New York, on this very _3rd_ day of _July_ 2005.

Respectfully submitted,

*Zachary Williams*
Zachary Williams
Fed. reg. No. 26892-037
F.C.I. Otisville
P.O. Box 1000
Otisville, N.Y. 10963
Filing Status: Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

ZACHARY WILLIAMS, #26892-037,
        Petitioner,

v.

FREDERICK MENIFEE and THE
ATTORNEY GENERAL OF THE
STATE OF MARYLAND,
        Respondent.

AUG 0 8 2005

CIVIL ACTION NO.  CCB-00-3504

## NOTICE OF APPEAL FROM THE DENIAL F.R.CIV. PRO. 60(b)(6)

**COMES NOW** the Zachary Williams (hereinafter petitioner), filing as a pro se litigant. On July 27, 2005 the U.S. District Court denied the petitioner motion filed pursuant to Federal Rule of Civil Procedure 60(b)(6).

Respectfully submitted,

Zachary Williams
Fed. Reg. No. 26892-037
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963

## CERTIFICATE OF SERVICE

I, Zachary Williams, hereby certify that I have served a true and correct copy of the following:

Notice Of Appeal The Denial F.R.Civ. Pro 60(b)(6).

Which is deemed filed at time it was delivered to prison authorities for forwarding, <u>Houston v. Lack</u>, 101 L. Ed.2d 245 (1988), upon petitioner placing same in a sealed, postage, prepaid envelope addressed to:

U.S.D.C. Clerk-3-Copies
101 W. Lombard St.
Balto., Md 21201

The Attorney General of Md
200 St. Paul Street
Balto., Md. 21202

and deposited same in the United States Postal Mail at Federal Correctional Institution located at Otisville, New York, on this very 3rd day of July 2005.

Respectfully submitted,

Zachary Williams
Fed. reg. No. 26892-037
F.C.I. Otisville
P.O. Box 1000
Otisville, N.Y. 10963
Filing Status: Pro Se