UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
February 13, 2006

No. 05-7272
CA-00-3504-CCB

ZACHARY WILLIAMS

Petitioner - Appellant

v.

ATTORNEY GENERAL FOR THE STATE OF MARYLAND; FRED MENIFEE

Respondents - Appellees


--------------------
On Petition for Rehearing and Rehearing En Banc
--------------------

The appellant's petition for rehearing and rehearing en banc was submitted to this Court. As no member of this Court or the panel requested a poll on the petition for rehearing en banc, and

As the panel considered the petition for rehearing and is of the opinion that it should be denied,

IT IS ORDERED that the petition for rehearing and rehearing en banc is denied.

Entered for a panel composed of Judge Michael, Judge Duncan, and Senior Judge Hamilton.


For the Court,

/s/ Patricia S. Connor
_____
CLERK