UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
February 21, 2006

No. 05-7272
CA-00-3504-CCB

ZACHARY WILLIAMS

    Petitioner - Appellant

v.

ATTORNEY GENERAL FOR THE STATE OF MARYLAND; FRED MENIFEE

    Respondents - Appellees

---------------

M A N D A T E

---------------

The judgment of this Court, entered 12/21/05, takes effect this date.

A certified copy of this Court's judgment and a copy of its decision are issued herewith and constitute the mandate of this Court.

/s/ Patricia S. Connor
-----------------------
CLERK

JUDGMENT

FILED: December 21, 2005

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

No. 05-7272
CA-00-3504-CCB

ZACHARY WILLIAMS

    Petitioner - Appellant

v.

ATTORNEY GENERAL FOR THE STATE OF MARYLAND; FRED MENIFEE

    Respondents - Appellees

---

Appeal from the United States District Court for the
District of Maryland at Baltimore

---

In accordance with the written opinion of this Court filed this day, the Court denies a certificate of appealability and dismisses the appeal.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
_____
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY: _____
Deputy Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7272

ZACHARY WILLIAMS,

                Petitioner - Appellant,

versus

ATTORNEY GENERAL FOR THE STATE OF MARYLAND;
FRED MENIFEE,

                Respondents - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-00-3504-CCB)

Submitted: December 15, 2005      Decided: December 21, 2005

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Zachary Williams, Appellant Pro Se. Mary Ann Rapp Ince, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Zachary Williams, a state prisoner, seeks to appeal the district court's order denying relief on his motion filed pursuant to Fed. R. Civ. P. 60(b), in which he raised a defect in the proceedings under 28 U.S.C. § 2254 (2000), specifically that the district court erred in dismissing his § 2254 petition as untimely filed. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000); <u>Reid v. Angelone</u>, 369 F.3d 363, 367-70 (4th Cir. 2004). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of his constitutional claims is debatable or wrong and that any dispositive procedural rulings by the district court are also debatable or wrong. See <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336-38 (2003); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); <u>Rose v. Lee</u>, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Williams has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

- 2 -